# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| PAUL DURISO AND § | |
| DONALD HAGGERTY § | |
|     Plaintiff § | |
| v. § | |
| § | |
| WEST GULF MARITIME ASSOCIATION, § | CIVIL ACTION NO. _____ |
| INTERNATIONAL LONGSHOREMEN'S § | |
| ASSOCIATION LOCAL #21, § | |
| INTERNATIONAL LONGSHOREMEN'S § | |
| ASSOCIATION SOUTH ATLANTIC AND § | |
| GULF COAST DISTRICT § | |
|     Defendants § | |

## NOTICE OF REMOVAL

West Gulf Maritime Association, International Longshoremen's Association Local #21, and the International Longshoremen's Association South Atlantic and Gulf Coast District are defendants in a civil action brought on or about October 5, 201, in the 172nd Judicial District Court of Jefferson County, Texas under Cause No. E-0197680 styled *Paul Duriso and Donald Haggerty vs. West Gulf Maritime Association, et al.*

    1.    Attached to this Notice of Removal are the following: All unexecuted process in the case, all pleadings, petitions, and orders signed by the state judge, the docket sheet, an index of matters being filed and a list of all counsel of record, including address, telephone numbers and parties represented.

    2.    The earliest date the citation and petition in this action were served on any defendant was October 13, 2015. This Notice of Removal is filed within 30 days of receipt of the Petition and is timely filed under 28 U.S.C. Sec. 1446(b). All defendants consent to this removal.

1

3.    The District Courts of the United States have original jurisdiction over this action pursuant to 28 U.S.C. Sec. 1331 and 29 U.S.C. Sec. 185 because all of plaintiff's state claims are preempted by 29 U.S.C. Sec. 185.

4.    Plaintiff's original state court petition admits Paul Duriso was a union member. Donald Haggerty, although not a union member, admits entitlement to all union member benefits with the exception of attending union meetings and voting on union business. Both plaintiffs admit to working pursuant to a collective bargaining agreement. Plaintiffs assert claims of breaching provisions of the collective bargaining agreement by imposing a lifetime ban from union work. A federal question is present on the face of Plaintiffs' original state court petition. *Rivet v. Regions Bank*, 522 U.S. 470, 475 (1998).

WHEREFORE Defendants, West Gulf Maritime Association, International Longshoremen's Association Local 21, and International Longshoremen's Association South Atlantic and Gulf Coast District, pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. Sec. 1441, remove this action for trial from the 172nd Judicial District Court of Jefferson County, Texas to this Honorable Court on October 19, 2015.

Respectfully submitted,

By:    /s/ *Nathan Wesely*
Nathan Wesely
Texas Bar No. 21193200
Federal ID No. 9452
1717 East Loop, Suite 200
Houston, Texas 77029
Telephone: (713) 715-6500
Facsimile: (855) 715-1717
nathan@wgma.org

**Attorneys for Defendant,**
**West Gulf Maritime Association**

## **CERTIFICATE OF SERVICE**

      I certify the *Notice of Removal* was sent by CM/ECF to the following record of counsel on October 19, 2015:

Steven C. Barkley
3560 Delaware, Suite 305
Beaumont, Texas 77706

Eric H. Nelson
3303 Main St., Suite 300
Houston, Texas 77002

                                            */s/ Nathan Wesely*
                                            Nathan Wesely