IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| PAUL DURISO AND § | |
| DONALD HAGGERTY § | |
|     Plaintiff § | |
| v. § | |
| § | |
| WEST GULF MARITIME ASSOCIATION, § | CIVIL ACTION NO. _____ |
| INTERNATIONAL LONGSHOREMEN'S § | |
| ASSOCIATION LOCAL #21, § | |
| INTERNATIONAL LONGSHOREMEN'S § | |
| ASSOCIATION SOUTH ATLANTIC AND § | |
| GULF COAST DISTRICT § | |
|     Defendants § | |

## INDEX OF MATTERS BEING FILED

As required under Local Rule 81, the following is a list of the documents being filed with the Notice of Removal in this action.

1. Copies of State Court Pleadings

    a. Copy of Plaintiffs' Original Petition;

    b. Copy of Plaintiffs' Application for Temporary Restraining Order, Temporary Injunction and Permanent Injunction;

2. The State Court Notice of Filing of Removal;

3. This Index of Matters Being Filed; and

4. A List of Counsel, including addresses, telephone numbers, and parties represented.

The State Court has not signed any other orders in this case.

Respectfully submitted,


By: ___*/s/ Nathan Wesely*___
Nathan Wesely
Texas Bar No. 21193200
Federal ID No. 9452
1717 East Loop, Suite 200
Houston, Texas 77029
Telephone: (713) 715-6500
Facsimile: (855) 715-1717
nathan@wgma.org

**Attorneys for Defendant,**
**West Gulf Maritime Association**

**CERTIFICATE OF SERVICE**

      I certify the *Index of Matters Being Filed* was sent by CM/ECF to the following record of counsel on October 19, 2015:

Steven C. Barkley
3560 Delaware, Suite 305
Beaumont, Texas 77706

Eric H. Nelson
3303 Main St., Suite 300
Houston, Texas 77002

                                        */s/ Nathan Wesely*
                                        Nathan Wesely