FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
10/19/2015 2:41:02 PM
JAMIE SMITH
DISTRICT CLERK
E-197680

CAUSE NO. E-0197680

| | |
|---|---|
| PAUL DURISO AND | §    IN THE DISTRICT COURT OF |
| DONALD HAGGERTY | § |
|     Plaintiff | § |
| v. | § |
| | § |
| WEST GULF MARITIME ASSOCIATION, | §    JEFFERSON COUNTY, TEXAS |
| INTERNATIONAL LONGSHOREMEN'S | § |
| ASSOCIATION LOCAL #21, | § |
| INTERNATIONAL LONGSHOREMEN'S | § |
| ASSOCIATION SOUTH ATLANTIC AND | § |
| GULF COAST DISTRICT | § |
|     Defendants | §    172ND JUDICIAL DISTRICT |

## NOTICE OF FILING NOTICE OF REMOVAL

Defendants West Gulf Maritime Association, International Longshoremen's Association Local #21, and the International Longshoremen's Association South Atlantic and Gulf Coast District have filed in the United States District Court for the Eastern District of Texas, Beaumont Division, a Notice of Removal of the above-captioned case from the 172nd Judicial District Court of Jefferson County, Texas, pursuant to 28 U.S.C. Sec. 1441. Defendants have removed the entire case filed in the 172nd Judicial District Court under Cause No. E-0197680 styled *Paul Duriso and Donald Haggerty vs. West Gulf Maritime Association, et al.*

Respectfully submitted,

By:*/s/ Shareen Larmond*
Shareen Larmond
Texas Bar No. 24044850
Telephone: (713) 715-6430
Facsimile: (855) 715-1717
shareen@wgma.org

Nathan Wesely
Texas Bar No. 21193200
1717 East Loop, Suite 200
Houston, Texas 77029
Telephone: (713) 715-6500

nathan@wgma.org

**ATTORNEYS FOR DEFENDANT,**
**WEST GULF MARITIME ASSOCIATION**

## <u>CERTIFICATE OF SERVICE</u>

A true and correct copy of the *Notice of Filing Notice of Removal* was sent via E-File Texas

to the following record of counsel on October 19, 2015:

Steven C. Barkley
3560 Delaware, Suite 305
Beaumont, Texas 77706

Eric H. Nelson
3303 Main St., Suite 300
Houston, Texas 77002

*/s/ Shareen Larmond*_____

Shareen Larmond