IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| PAUL DURISO AND § | |
| DONALD HAGGERTY § | |
|     Plaintiff § | |
| v. § | |
| § | |
| WEST GULF MARITIME ASSOCIATION, § | CIVIL ACTION NO. _____ |
| INTERNATIONAL LONGSHOREMEN'S § | |
| ASSOCIATION LOCAL #21, § | |
| INTERNATIONAL LONGSHOREMEN'S § | |
| ASSOCIATION SOUTH ATLANTIC AND § | |
| GULF COAST DISTRICT § | |
|     Defendants § | |

**LIST OF COUNSEL**

Steven C. Barkley
3560 Delaware, Suite 305
Beaumont, Texas 77706
(409) 899-2277
Attorney for Plaintiffs Paul Duriso and Donald Haggerty

Nathan Wesely
1717 E. Loop North, Suite 200
Houston, Texas 77029
(713) 715-6500
Attorney for Defendant West Gulf Maritime Association

Eric H. Nelson
3303 Main St., Ste 300
Houston, Texas 77002
(713) 526-1998
Attorney for Defendant I.L.A. South Atlantic and Gulf Coast District